## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC, | |
| Plaintiff, | |
| v. | |
| AÉROPOSTALE, INC., AUTOZONE, INC., CHICO'S FAS, INC., COACH, INC., DICK'S SPORTING GOODS, INC., THE FINISH LINE, INC., FOSSIL, INC., UNDER ARMOUR, INC., | CASE NO. 6:09-cv-262  CONSOLIDATED LEAD CASE  **JURY TRIAL DEMANDED** |
| Defendants. | |
| LANDMARK TECHNOLOGY, LLC, | |
| Plaintiff, | |
| v. | |
| BLOCKBUSTER INC., CASIO AMERICA, INC., CVS CAREMARK CORP., DILLARD'S INC., RADIOSHACK CORP., THE MEN'S WEARHOUSE INC., TIFFANY & CO., URBAN OUTFITTERS, INC., | CASE NO.    6:10-cv-302  **JURY TRIAL DEMANDED** |
| Defendants. | |

### NOTICE OF CASE CLOSURE

Notice is hereby given that all Defendants have settled or have been dismissed and that this case is ready for closure.

DATED:  March 24, 2010

**OF COUNSEL:**

Jeffer Mangels Butler & Mitchell, LLP

    Stanley M. Gibson
    (Cal. Bar No. 162329)
    *smg@jmbm.com*

    Gregory S. Cordrey
    (Cal. Bar No. 190144)
    *gxc@jmbm.com*

1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Respectfully Submitted,

By: */s/Charles Ainsworth*
Charles Ainsworth
State Bar No.  00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

Attorneys for Plaintiff,
Landmark Technology, LLC

<u>**CERTIFICATE OF SERVICE**</u>

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 24nd day of March, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Charles Ainsworth*_____
Charles Ainsworth